JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ALEXANDER,<br><br>             Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden<br><br>             Respondent. | CASE NO. 2:18-cv-08991-CAS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: January 14, 2022

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE